THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JERRY TILLEY, JR., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BRUCE ARNSDORF, *et al.*,<br><br>  Defendants. | CASE NO. C24-5283-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a complaint on April 12, 2024. (Dkt. No. 1.) Since then, they have not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). Accordingly, Plaintiffs are ORDERED to show cause why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). Plaintiffs' written response is due August 16, 2024.

//
//
//
//
//

DATED this 2nd day of August 2024.

                        Ravi Subramanian
                        Clerk of Court

                        s/Kathleen Albert
                        Deputy Clerk