UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JERRY TILLEY, JR., CURTIS STROM AND AUSTIN GEORGE,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE ARNSDORF AND THE F/V MICHAEL LISA, INC, IN PERSONAM; THE F/V MICHEAL LISA, OFFICIAL NUMBER 544609, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>Defendants. | IN ADMRALTY<br><br>Case No.: 3:24-cv-5283-JCC<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION FOR MORE TIME TO SERVE IN PERSONAM DEFENDANT PURSUANT TO FRCP 4(m) |

The Court having reviewed plaintiff's second motion for additional time in which to serve process on the *in personam* defendant Bruce Arnsdorf (**Dkt. No. 5**); having reviewed the entirety of the files herein and being fully apprised of the premises; it is hereby,

ORDERED, JUDGED, and DECREED that the plaintiff has until October 2, 2024 to serve process in this case on the *in personam* defendant, Bruce Arnsdorf.

(~~PROPOSED~~) MOTION FOR MORE TIME IN WHICH TO SERVE PROCESS ON *IN PERSONAM* DEFENDANT- 1
CASE NO.  3:24-cv-5283-JCC

**SEATTLE MARITIME ATTORNEYS**
4005 20th Avenue West, Suite 110
Seattle, WA 98199
T **(206) 729-5252** ♦ F **(206) 729-1012**

Done this 5th day of August 2024.

_____
John C. Coughenour
United States District Judge

Presented by:

By: */s/John W. Merriam*
John W. Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com
Attorney for Plaintiff

---

**MOTION FOR MORE TIME IN WHICH TO SERVE PROCESS ON** *IN PERSONAM* **DEFENDANT- 2**
**CASE NO.  3:24-cv-0528-JCC**

**SEATTLE MARITIME ATTORNEYS**
**4005 20th Avenue West, Suite 110**
**Seattle, WA 98199**
T **(206) 729-5252** ♦ F **(206) 729-1012**