1
2
3
4
5
6

HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

7    JERRY TILLEY, JR., CURTIS STROM AND      Case No. 3:24-cv-05283-JCC
     AUSTIN GEORGE,

8                 Plaintiffs,                  IN ADMIRALTY

9                 vs.

10   BRUCE ARNSDORF AND THE F/V               (~~PROPOSED~~) ORDER OF DISMISSAL
     MICHAEL LISA, INC,  IN PERSONAM; THE
11   F/V MICHEAL LISA, OFFICIAL NUMBER
     544609, HER ENGINES, MACHINERY,
12   APPURTENANCES AND CARGO, IN REM,

13   Defendants.

14

15         THE COURT, having reviewed parties' stipulated motion for dismissal with prejudice

16   and without costs to either party, IT IS HEREBY

17         ORDERED, ADJUDGED, AND DECREED that this case be dismissed with prejudice

18   and without costs to either party.  IT IS SO ORDERED.

19

20         DONE this 14th day of April 2025.

21

22         _____
           JOHN C. COUGHENOUR
23         UNITED STATES DISTRICT JUDGE

(~~PROPOSED~~) ORDER OF DISMISSAL - 1
CASE NO. 3:24-CV-05283

**SEATTLE MARITIME ATTORNEYS**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

1

2

**<u>Presented by:</u>**

3

4   LAW OFFICE OF JOHN MERRIAM

5   By: */s/ John W. Merriam*_____
    John W. Merriam, Pro Hac Vice

6   4005 20th Ave West, Suite 110
    Seattle, WA 98199

7   Telephone:  (206) 729-5252
    Fax:  (206) 729-1012

8   Email:  John@merriam-maritimelaew.com
    *Attorney for Plaintiff, Pro Hac Vice*

9

10  YOUNGLOVE COKER & RHODES, P.L.L.C.

11  By:*/s/ Christopher J. Coker*_____
    CHRISTOPHER J. COKER, WSBA#28229

12  Westhills II Office Park
    1800 Cooper Point RD SW, Bldg. 16

13  PO Box 7846
    Olympia, WA 98507-7846

14  Ph: (360) 357-7791
    Fax: (360) 754-9268

15  Em: cjcoker@ylclaw.com
    Attorneys for Defendants

16

17

18

19

20

21

22

23

**(PROPOSED) ORDER OF DISMISSAL - 2**
**CASE NO. 3:24-CV-05283**

**SEATTLE MARITIME ATTORNEYS**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**